**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**JASON KOSHER,**

        **Plaintiff**

       **v.**                                        **C-1-12-51**

**BUTLER COUNTY JAIL**, *et al.*,

        **Defendants**

## **ORDER**

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 6) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case.  Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

2

The Report and Recommendation of the United States Magistrate Judge (doc. no. 6) is hereby **ADOPTED AND INCORPORATED HEREIN BY REFERENCE**.  Plaintiff's claims against Butler County Jail are DISMISSED for failure to state a claim upon which relief may be granted under 41 U.S.C. § 1983.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

**IT IS SO ORDERED.**

                                           s/Herman J. Weber
                                   **Herman J. Weber, Senior Judge**
                                       **United States District Court**